# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MICHAEL JACOB CASTLE-FOSTER,

    Plaintiff,

v.

CINTAS CORPORATION No. 2 DBA CINTAS CORPORATION, and, CINTAS CORPORATE SERVICES, INC.,

    Defendants.

**CIVIL FILE ACTION NUMBER:**

**4:19-cv-00139-RSB-CLR**

## JOINT NOTICE OF SCHEDULE FOR DISCOVERY COMPLETION

The Parties hereby file this Joint Notice of Schedule for Discovery Completion pursuant to the Court's Order (Doc. 188 at 83-84). The Parties have conferred and agree on the following dates:

- March 10, 2021, at 1:00 p.m. EST: Independent Medical Exam of Plaintiff performed by Defendant's expert Robert J. Barth, Ph.D.;

- March 23, 2021, at 9:00 a.m. EST: Independent Medical Exam of Plaintiff performed by Defendant's expert J. Sidney Alexander, M.D.;

- March 24, 2021, at 2:00 p.m. EST: Independent Medical Exam of Plaintiff performed by Defendant's expert Albert A. Cook, M.D.;

- The week of March 29, 2021: 30(b)(6) depositions of Cintas Corporation's designated Fed. R. Civ. P. 30(b)(6) representatives;

- Plaintiff expert Chris Stewart's deposition will be conducted on March 10, 2021;

- Defendant is hand-delivering supplemental production of original training videos on February 25, 2021;

- The parties have agreed upon an amount for sanctions and the issue is resolved;

- The parties respectfully request guidance from the Court regarding the timing of supplemental reports by Dr. Barth, Dr. Alexander and Dr. Cook once they have conducted their IMEs, and plaintiff requests guidance as to whether plaintiff may re-depose them.

Respectfully submitted, this 26th day of February 2021.

                                                       Hall Booth Smith, P.C.

                                                       *s/ Beth Boone*
                                                       BETH BOONE
                                                       Georgia Bar No.: 130300
                                                       WILLIAM S. MANN
                                                       Georgia Bar No.: 964223
                                                        STEPHANIE R. AMIOTTE
                                                       Georgia Bar No.: 274946
                                                       R. WELLS LITTLEFIELD, III
                                                       Georgia Bar No.: 335211
                                                       PAMELA L. COLEMAN
                                                       Georgia Bar No.: 177640
                                                       *Counsel for Defendants*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:    (912) 554-0093
Fax:   (912) 554-1973
bboone@hallboothsmith.com
wmann@hallboothsmith.com
samiotte@hallboothsmith.com
rlittlefield@hallboothsmith.com
pcoleman@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL JACOB CASTLE-FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION No. 2 DBA CINTAS CORPORATION, and, CINTAS CORPORATE SERVICES, INC.,<br><br>Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**4:19-cv-00139-RSB-CLR** |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served upon all parties listed below a copy of the foregoing **JOINT NOTICE OF SCHEDULE FOR DISCOVERY COMPLETION** with the Clerk of Court for the United States District Court for the Southern District of Georgia, Savannah Division, in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

Cecil Clay Davis, Esq.
Howard E. Spiva, Esq.
Mary K. Hashemi, Esq.
Howard E. Spiva, II, Esq.
SPIVA LAW GROUP, P.C.
P.O. Box 61267
Savannah, Georgia 31420
*Counsel for Plaintiff*

This 26th day of February 2021.

        Hall Booth Smith, P.C.

        *s/ Beth Boone*
        BETH BOONE
        Georgia Bar No.: 130300
        *Counsel for Defendants*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:   (912) 554-0093
Fax:  (912) 554-1973
bboone@hallboothsmith.com