# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL JACOB CASTLE-FOSTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION No. 2 DBA CINTAS CORPORATION, and, CINTAS CORPORATE SERVICES, INC.,<br><br>　　　　Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**4:19-cv-00139-RSB-CLR** |

### DEFENDANT CINTAS CORPORATION NO. 2 DBA CINTAS CORPORATION'S CERTIFICATION OF NO DOCUMENTS

COMES NOW Cintas Corporation No. 2 DBA Cintas Corporation ("Cintas" or "Defendant") in the above-styled action and, pursuant to the Court's Order (Doc. 188 at 3, 24, 82-83), files this its Certification of No Documents as follows:

Defendant has made a reasonable and diligent search for the following documents requested by Plaintiff and hereby certifies that no such further documents not already produced exist and are not in the possession of Cintas:

- Drug and/or alcohol testing of Nicholas Robinson;

- Workers' Compensation claim by Nicholas Robinson;

- Partner Disciplinary Form; and

- Notice of Accelerated Review.

Defendant further certifies that the entire personnel file of Nicholas Robinson was previously produced to Plaintiff, and there are no additional documents in the personnel file that are being withheld or to be produced..

1

In support of this Certification of No Documents, Defendant attaches hereto, as Exhibit A, the Declaration/Certification of Elizabeth Thrasher.

Respectfully submitted, this 26th day of February 2021.

                                                  Hall Booth Smith, P.C.

                                                  *s/ Beth Boone*
BETH BOONE
Georgia Bar No.: 130300
WILLIAM S. MANN
Georgia Bar No.: 964223
STEPHANIE R. AMIOTTE
Georgia Bar No.: 274946
R. WELLS LITTLEFIELD, III
Georgia Bar No.: 335211
PAMELA L. COLEMAN
Georgia Bar No.: 177640
*Counsel for Defendants*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:    (912) 554-0093
Fax:   (912) 554-1973
bboone@hallboothsmith.com
wmann@hallboothsmith.com
samiotte@hallboothsmith.com
rlittlefield@hallboothsmith.com
pcoleman@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MICHAEL JACOB CASTLE-FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION No. 2 DBA CINTAS CORPORATION, and, CINTAS CORPORATE SERVICES, INC.,<br><br>Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**4:19-cv-00139-RSB-CLR** |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed and served upon all parties listed below a copy of the foregoing **DEFENDANT CINTAS CORPORATION NO. 2 DBA CINTAS CORPORATION'S CERTIFICATION OF NO DOCUMENTS** with the Clerk of Court for the United States District Court for the Southern District of Georgia, Savannah Division, in accordance with the notice of electronic filing (NEF), which was generated as a result of electronic filing in this Court.

Cecil Clay Davis, Esq.
Howard E. Spiva, Esq.
Mary K. Hashemi, Esq.
Howard E. Spiva, II, Esq.
SPIVA LAW GROUP, P.C.
P.O. Box 61267
Savannah, Georgia 31420
*Counsel for Plaintiff*

This 26th day of February 2021.

                                                Hall Booth Smith, P.C.

                                                *s/ Beth Boone*
                                                BETH BOONE
                                                Georgia Bar No.: 130300
                                                *Counsel for Defendants*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
PH:    (912) 554-0093
Fax:   (912) 554-1973
bboone@hallboothsmith.com