# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL JACOB CASTLE-FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-139 |
| | ) | |
| CINTAS CORPORATION NO 2, d/b/a | ) | |
| Cintas Corporation and CINTAS | ) | |
| CORPORATE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is defendants' Supplement to Renewed Motion for an Order Directing Plaintiff to Submit to Independent Medical Examinations. Doc. 191. Plaintiff has filed objections to the proposed telemedicine method, including the potential presence of a third-party. Doc. 195. However, the parties have agreed to begin these examinations as early as next week. *See, e.g.,* doc. 190. To allow sufficient time for consideration of the supplement, defendants are **DIRECTED** to file any response to plaintiff's objections no later than Friday, March 5, 2021 at noon.

**SO ORDERED,** this 3rd day of March, 2021.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA