IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL JACOB CASTLE-FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> CINTAS CORPORATION NO. 2 d/b/a CINTAS CORPORATION; and CINTAS CORPORATE SERVICES, INC., <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-139 |

**O R D E R**

The Court has been advised by the parties that they have reached a settlement as to all claims in the above-captioned case and that they are working to finalize a formal settlement agreement and intend to file a joint stipulation of dismissal with prejudice. (Doc. 199.) Therefore, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within thirty (30) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within thirty (30) days, the Court will *sua*

*sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 15th day of March, 2021.

/s/ R. Stan Baker

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA